Prober & Raphael, A Law Corporation
Dean R. Prober, Esquire, #106207
Lee S. Raphael, Esquire #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Joseph Garibyan, Esquire #271833
Bonni S. Mantovani, Esquire #106353
Anna Landa, Esquire #276607
Halie L. Leonard, Esquire #265111
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
N.102-758.NF
Attorneys for Movant The Bank of New York Mellon fka The Bank of New York as successor to JPMorgan Chase Bank, N.A., as Trustee for Holders of SAMI II 2006-AR4, MTG Pass-Through Cert, Series 2006-AR4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re | ) | Bk. No. 11-46365 |
| | ) | |
| DAISY TAN PARRISH, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | R.S. No. LSR – 823 |
| | ) | |
| | ) | MOTION FOR RELIEF FROM |
| | ) | AUTOMATIC STAY |
| | ) | |
| | ) | Hearing- |
| | ) | Date : December 10, 2014 |
| | ) | Time : 9:30 AM |
| | ) | Place : U.S. Bankruptcy Court |
| | ) | 1300 Clay Street, 2nd Floor |
| | ) | Oakland, CA |
| | ) | Courtroom 220 |

The Bank of New York Mellon fka The Bank of New York as successor to JPMorgan Chase Bank, N.A., as Trustee for Holders of SAMI II 2006-AR4, MTG Pass-Through



Case: 11-46365 Doc# 31 Filed: 11/19/14 Entered: 11/19/14 14:14:26 Page 1 of 4

Cert, Series 2006-AR4, a holder in due course, its assignees and/or successors, move the Court for relief from the Automatic Stay provided by 11 U.S.C. §362. This motion seeks an Order terminating the Automatic Stay of 11 U.S.C. §362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party (and its Trustee) may commence and continue all acts necessary to foreclose under the Deed of Trust secured by Debtor's property located at **324 Amber Avenue, Vallejo, California 94589**.

This Motion is brought pursuant to 11 U.S.C. §362(d)(1) for "cause" and due to the failure of Debtor to make required payments as set forth in the Declaration, attached hereto and incorporated herein by reference.

Nationstar Mortgage LLC servicer for The Bank of New York Mellon fka The Bank of New York as successor to JPMorgan Chase Bank, N.A., as Trustee for Holders of SAMI II 2006-AR4, MTG Pass-Through Cert, Series 2006-AR4 has the right to foreclose by virtue of being the holder and/or owner of the note.

Debtor's failure to make required payments provides "cause" for relief from the Automatic Stay in accordance with the ruling of the Bankruptcy Appellate Panel in In re: Ellis, 60 B.R. 432.

In addition, and in the event that this Court continues the Automatic Stay, Movant will seek adequate protection of its secured interest pursuant to 11 U.S.C. §§361 and 362, including a requirement that Debtor reinstates all past arrearages and immediately commence regular monthly payments.

Movant alleges that the commercially reasonable value of the subject Property is approximately $177,000.00, as evidenced by Debtor's Schedules A and D filed with this Court, a copy of which is attached hereto and made a part hereof. Movant requests that this Court take judicial notice of the aforementioned Schedules pursuant to Federal Rule of Evidence Section 201.

Movant also seeks an Order terminating and vacating the Automatic Stay for all purposes as it pertains to Movant's interest in the subject real Property, including the prosecution of



Case: 11-46365 Doc# 31 Filed: 11/19/14 Entered: 11/19/14 14:14:26 Page 2 of 4

appropriate foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law.

Furthermore, Movant seeks attorneys' fees and costs incurred in bringing this Motion. Movant requests such fees pursuant to the Contract securing Movant's claim or pursuant to 11 U.S.C. §506(b). Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note, pursuant to Travelers Casualty v. Pacific Gas and Electric Co., 549 U.S. 443 (2007), and as allowed under applicable non-bankruptcy law.

In addition, Movant requests such further relief as is just.

This Movant also seeks an Order waiving the 14-day stay described by Bankruptcy Rule 4001(a)(3).

This Motion shall be based on these moving papers, as well as the attached Declaration.

Responsive pleadings, points and authorities and declarations are not required, but may be filed, pursuant to Bankruptcy Local Rule 4001-1(f).

In the event neither Debtor, the Debtor's Counsel or the Trustee appears at a hearing on this motion, the Court may grant relief from the Automatic Stay permitting moving party to foreclose on the Debtor's property located at **324 Amber Avenue, Vallejo, California 94589** and obtain possession of such property without further hearing.

WHEREFORE, Movant prays judgment as follows:

1.) For an Order granting relief from the Automatic Stay, permitting this Movant to move ahead with foreclosure proceedings under Movant's Deed of Trust.

2.) For such Order regarding adequate protection of Movant's interest as this Court deems proper.

3.) For attorneys' fees and costs for suit incurred herein.

4.) For an Order waiving the 14-day stay described by Bankruptcy Rule 4001(a)(3).

5.) For an Order that, in addition to foreclosure, permits activity necessary to obtain possession of said collateral; therefore, The Bank of New York Mellon fka The Bank of New York

as successor to JPMorgan Chase Bank, N.A., as Trustee for Holders of SAMI II 2006-AR4, MTG Pass-Through Cert, Series 2006-AR4 is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. The Bank of New York Mellon fka The Bank of New York as successor to JPMorgan Chase Bank, N.A., as Trustee for Holders of SAMI II 2006-AR4, MTG Pass-Through Cert, Series 2006-AR4 is further permitted to send information regarding these loss mitigation options directly to the debtor.

6.) For such other relief as this Court deems appropriate.

PROBER & RAPHAEL, A LAW CORPORATION

DATED: 11/5/2014

By /s/ Melissa A. Vermillion
MELISSA A. VERMILLION, #241354
Attorney for Movant



Case: 11-46365 Doc# 31 Filed: 11/19/14 Entered: 11/19/14 14:14:26 Page 4 of 4